## JOHNSON v. STATE.

### No. 24431.

Court of Criminal Appeals of Texas.

June 22, 1949.

None on appeal for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

**862**

DAVIDSON, Judge.

The offense is possession of whisky in a container to which no stamp was affixed showing the payment of the tax due the State; the punishment, thirty days' confinement in jail.

The record before us contains neither bills of exception nor a statement of facts.

The judgment of the trial court is affirmed.

Opinion approved by the Court.